NUMBER 13-11-00280-CR

 

                                 COURT
OF APPEALS

 

                     THIRTEENTH
DISTRICT OF TEXAS

 

                         CORPUS
CHRISTI - EDINBURG

____________________________________________________________

 

CLIFTON
KEENE,                                                                          Appellant,

 

                                                             v.

 

THE
STATE OF TEXAS,                                                                 Appellee.

____________________________________________________________

 

                           On
appeal from the 105th District Court

                                       of
Nueces County, Texas.

____________________________________________________________

 

                                     MEMORANDUM OPINION

 

                     Before
Justices Benavides, Vela, and Perkes

                               Memorandum
Opinion Per Curiam

 








Appellant,
Clifton Keene, by and through his attorney, has filed a motion to dismiss his
appeal because he no longer desires to prosecute it.  See Tex. R. App. P. 42.2(a).  Without
passing on the merits of the case, we grant the motion to dismiss pursuant to
Texas Rule of Appellate Procedure 42.2(a) and dismiss the appeal.  Having
dismissed the appeal at appellant's request, no motion for rehearing will be
entertained, and our mandate will issue forthwith.

PER
CURIAM

 

Do not
publish.  See Tex. R. App. P.
47.2(b).  

Delivered and filed the

4th day of August, 2011.